FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

# TWELFTH COURT OF APPEALS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/20/2015 5:01:35 PM
CATHY S. LUSK
Clerk

FILED FOR RECORD
At 8:20 o'clock a.m.

FEB 20 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

February 19, 2015

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:                    12-14-00215-CV
        Trial Court Case Number:    87-11917

**Style:**  Michael Kennedy
        v.
        The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

C  Mr. Douglas E. Lowe (DELIVERED VIA E-MAIL)
C  Michael Kennedy
:

Mandate executed on _20_ day of _February_, 2015.

Brief explanation of action taken: _filed in the papers of the cause_

_Janice Staples_                                          District/County Clerk